

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00422-CV

IDEA Public Schools
v.
Socorro Independent School District

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. C-1667-18-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion dismissing Socorro Independent School District's claims against IDEA Public Schools. Costs of the appeal are adjudged against appellee, Socorro Independent School District.

We further order this decision certified below for observance.

January 9, 2020